**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 01-CR-00321-10-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10. JASON COLEMAN,

    Defendant.
_____

**MINUTE ORDER**
_____

BY ORDER OF JUDGE LEWIS T. BABCOCK

    This will confirm that a hearing on violation of supervised release regarding Defendant Jason Coleman is set **Tuesday, June 1, 2010 at 9:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado.  Defendant must be present.


Dated:  March 3, 2010