**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Criminal Case No. 01-CR-00321-10-LTB

UNITED STATES OF AMERICA,

    Plaintiff,

v.

10. JASON COLEMAN,

    Defendant.

___

**MINUTE ORDER**
___

BY ORDER OF JUDGE LEWIS T. BABCOCK


    This will confirm that a further hearing on supervised release violation regarding Defendant Coleman is set **Tuesday, August 31, 2010 at 8:30 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.



Dated: June 2, 2010