IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 01-cr-00321-LTB-10

UNITED STATES OF AMERICA,

      Plaintiff,

v.

10.  JASON COLEMAN,

      Defendant.

---

## ORDER FOR WRIT OF *HABEAS CORPUS AD PROSEQUENDUM*

---

Upon petition of the United States and for good cause shown, it is hereby

ORDERED that the Clerk of the Court issue a writ to the United States Marshals Service

requiring the United States Marshal to produce JASON COLEMAN, YOB: 1980, before United

States District Court Judge Lewis T. Babcock on Monday, July 26, 2010 at 10:00 a.m., for a

hearing on supervised release violation, and to hold him at all times in the United States

Marshal's custody as an agent of the United States of America until final disposition of the

defendant's case, and thereafter to return the defendant to the institution where he is now

confined.

SO ORDERED this   24th   day of June, 2010.


      s/Lewis T. Babcock
      UNITED STATES DISTRICT JUDGE
      UNITED STATES DISTRICT COURT
      DISTRICT OF COLORADO