# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
# LEWIS T. BABCOCK, JUDGE

Criminal Case No. 01-CR-00321-10-LTB

UNITED STATES OF AMERICA,

       Plaintiff,

v.

10.    JASON COLEMAN,

       Defendant.

---

## MINUTE ORDER

BY ORDER OF JUDGE LEWIS T. BABCOCK

      This will confirm that, pursuant to request of the Probation Officer, the further hearing on supervised release violation regarding Defendant Coleman set **August 31, 2010 is VACATED and RESET for Monday, July 26, 2010 at 10:00 a.m.** in Courtroom C401, Byron G. Rogers United States Courthouse, 1929 Stout Street, Denver, Colorado. Defendant must be present.

Dated: June 28, 2010